FERGUS MOTORS, INC., Respondent, v. IRVING V. KRAMER et al., Doing Business as UNIQUE ITEMS Co., Appellants.— Determination unanimously affirmed,

with costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Cohn and Van Voorhis, JJ.